# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

| | | |
|---|---|---|
| Andrea E. Celli, Esq.<br>Trustee<br>Bonnie Baker, Esq.<br>Assoc. Attorney | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | For payments Only:<br>P.O Box 1918<br>Memphis, TN 38101-1918 |

May 18, 2011

**FILED**

**MAY 19 2011**

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

Re:   07-61320            Sally A. Gardner

To Whom It May Concern:

Enclosed please find check #**815958** in the amount of **$29.55**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.        19

Account#         33301463400600000

Creditor         Popular Club Plan
                 22 Lincoln Pl.
                 Garfield, NJ 07026

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli

Receipt # 61100265